■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS GASKIN, Appellant. [834 NYS2d 897]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered June 15, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.